
Exhibit A

| Name: | OKRASINSKI | Loan # | 9000454596 |
|---|---|---|---|
| BK Case # | 05-72626 | Post Due Date: | 12/1/2007 |
| Filed Date: | 5/23/2005 | Payment Amt: | $1,105.15 |

**Payments included in the POC: 07/01/04-05/01/05**

| Date Received | Amount Rec'd | Amount Due | Post Application | Unused | Suspense Balance |
|---|---|---|---|---|---|
| 06/14/05 | $ 1,003.00 | $ 975.78 | 06/01/05 | $ 27.22 | $ 27.22 |
| 07/18/05 | $ 1,003.00 | $ 975.78 | 07/01/05 | $ 27.22 | $ 54.44 |
| 08/16/05 | $ 1,003.00 | $ 975.78 | 08/01/05 | $ 27.22 | $ 81.66 |
| 09/19/05 | $ 1,003.00 | $ 975.78 | 09/01/05 | $ 27.22 | $ 108.88 |
| 10/24/05 | $ 1,003.00 | $ 975.78 | 10/01/05 | $ 27.22 | $ 136.10 |
| 11/22/05 | $ 1,003.00 | $ 975.78 | 11/01/05 | $ 27.22 | $ 163.32 |
| 12/19/05 | $ 1,003.00 | $ 975.78 | 12/01/05 | $ 27.22 | $ 190.54 |
| 01/30/06 | $ 1,003.00 | $ 975.78 | 01/01/06 | $ 27.22 | $ 217.76 |
| 02/27/06 | $ 1,003.00 | $ 975.78 | 02/01/06 | $ 27.22 | $ 244.98 |
| 03/24/06 | $ 1,003.00 | $ 975.78 | 03/01/06 | $ 27.22 | $ 272.20 |
| 04/24/06 | $ 1,003.00 | $ 975.78 | 04/01/06 | $ 27.22 | $ 299.42 |
| 05/31/06 | $ 1,003.00 | $ 1,101.87 | 05/01/06 | $ (98.87) | $ 200.55 |
| 07/06/06 | $ 1,152.49 | $ 1,266.62 | 06/01/06 | $ (114.13) | $ 86.42 |
| 08/02/06 | $ 1,157.00 | | | $ 1,157.00 | $ 1,243.42 |
| 08/30/06 | $ 1,156.00 | $ 1,266.62 | 07/01/06 | $ (110.62) | $ 1,132.80 |
| 09/29/06 | $ 1,156.00 | $ 1,264.26 | 08/01/06 | $ (108.26) | $ 1,024.54 |
| 10/26/06 | $ 1,156.00 | $ 1,266.62 | 09/01/06 | $ (110.62) | $ 913.92 |
| 11/28/06 | $ 1,156.00 | $ 1,302.71 | 10/01/06 | $ (146.71) | $ 767.21 |
| 12/19/06 | $ 1,156.00 | $ 1,266.62 | 11/01/06 | $ (110.62) | $ 656.59 |
| 02/21/07 | $ 956.00 | $ 1,266.62 | 12/01/06 | $ (310.62) | $ 345.97 |
| 03/13/07 | $ 971.98 | $ 1,266.62 | 01/01/07 | $ (294.64) | $ 51.33 |
| 04/17/07 | $ 1,156.00 | $ 1,266.62 | 02/01/07 | $ (110.62) | $ (59.29) |
| 05/08/07 | $ 956.00 | | | $ 956.00 | $ 896.71 |
| 06/05/07 | $ 956.00 | $ 1,266.62 | 03/01/07 | $ (310.62) | $ 586.09 |
| 07/16/07 | $ 956.00 | $ 1,266.62 | 04/01/07 | $ (310.62) | $ 275.47 |
| 08/01/07 | $ 1,105.15 | $ 1,266.62 | 05/01/07 | $ (161.47) | $ 114.00 |
| 08/29/07 | $ 1,105.15 | $ 1,105.15 | 06/01/07 | $ - | $ 114.00 |
| 09/27/07 | $ 1,105.15 | | | $ 1,105.15 | $ 1,219.15 |
| 10/05/07 | $ 1,320.21 | | | $ 1,320.21 | $ 2,539.36 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/24/07 | $ | (1,320.21) | | | NSF | $ | (1,320.21) | $ | 1,219.15 |
| 11/08/07 | $ | 1,105.15 | $ | 1,105.15 | 07/01/07 | $ | - | $ | 1,219.15 |
| 12/24/07 | $ | 1,106.00 | | | | $ | 1,106.00 | $ | 2,325.15 |
| 01/09/08 | $ | (1,106.00) | | | NSF | $ | (1,106.00) | $ | 1,219.15 |
| 01/17/08 | $ | 1,106.00 | $ | 1,105.15 | 08/01/07 | $ | 0.85 | $ | 1,220.00 |
| 01/31/08 | $ | 1,106.00 | $ | 1,105.15 | 09/01/07 | $ | 0.85 | $ | 1,220.85 |
| 03/19/08 | $ | 1,110.00 | $ | 1,105.15 | 10/01/07 | $ | 4.85 | $ | 1,225.70 |
| | | | $ | 1,105.15 | 11/01/07 | $ | (1,105.15) | $ | 120.55 |
| | | | | | | $ | - | $ | 120.55 |