**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  MARK J. OKRASINSKI & CHRISTINA M. OKRASINSKI        Case Number: 05-72626
27780 HAHNAMAN ROAD                SSN-xxx-xx-8998 & xxx-xx-6323
DEER GROVE, IL  61243

Case filed on:    5/23/2005
Plan Confirmed on:    9/2/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $28,219.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY CONRAD J KNUTH | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 003 | WHITESIDE COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | DU PAGE COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | HARTFORD STEAM BOILER GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MERCHANTS CREDIT GUIDE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MARK J. OKRASINSKI | 0.00 | 0.00 | 997.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 997.00 | 0.00 |
| 001 | BENEFICIAL FINANCE CORPORATION | 200.00 | 200.00 | 200.00 | 31.36 |
| 002 | EVERHOME MORTGAGE | 15,730.96 | 15,730.96 | 15,730.96 | 1,788.16 |
| 028 | SUBURBAN BUICK CO. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 15,930.96 | 15,930.96 | 15,930.96 | 1,819.52 |
| 001 | BENEFICIAL FINANCE CORPORATION | 1,797.25 | 1,797.25 | 211.07 | 0.00 |
| 004 | FREEDMAN ANSELMO LINDBERG AND RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | GENERAL MOTORS ACCEPTANCE CORP | 7,709.38 | 7,709.38 | 905.39 | 0.00 |
| 008 | ACCOUNT SOLUTIONS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ANCHOR RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ASPIRE VISA | 6,124.33 | 6,124.33 | 719.24 | 0.00 |
| 012 | COMCAST DIGITAL PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DAVIS DAVIS ATTORNEYS PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DUPAGE MEDICAL GR | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | GLOBAL VANTEDGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 10,423.87 | 10,423.87 | 1,224.18 | 0.00 |
| 018 | B-LINE LLC | 2,316.97 | 2,316.97 | 272.10 | 0.00 |
| 019 | LEADING EDGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | LOYOLA UNIVERSITY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | LOYOLA UNIVERSITY PHYS FOUNDATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | LVNV FUNDING LLC | 3,589.36 | 3,589.36 | 421.54 | 0.00 |
| 023 | MERCHANTS CREDIT GUIDE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NATIONWIDE CREDIT & COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NATIONWIDE CREDIT & COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | RRCA ACCOUNTS MANAGEMENT | 182.30 | 182.30 | 21.41 | 0.00 |
| 027 | RESURGENT CAPITAL SERVICES | 362.58 | 362.58 | 42.58 | 0.00 |
| 029 | B-LINE LLC | 13,308.31 | 13,308.31 | 1,562.92 | 0.00 |
| 030 | GENERAL MOTORS ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | CAPITAL ONE | 847.53 | 847.53 | 99.54 | 0.00 |
| 032 | CAPITAL ONE | 599.70 | 599.70 | 70.43 | 0.00 |
|  | Total Unsecured | 47,261.58 | 47,261.58 | 5,550.40 | 0.00 |
|  | Grand Total: | 65,392.54 | 65,392.54 | 24,678.36 | 1,819.52 |

Total Paid Claimant:     $26,497.88
Trustee Allowance:       $1,721.12        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     11.74         discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                                       /s/ Lydia S. Meyer
                                                       Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008                By  /s/Heather M. Fagan